No. 03–9236.   MANGAN v. MANGAN.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 03–9239.   JONES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 03–9240.   PALAFOX v. ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 03–9244.   CORDER v. ILLINOIS.   App. Ct. Ill., 5th Dist.   Certiorari denied.

No. 03–9251.   TURNER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 03–9339.   LAW v. GIURBINO, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–9344.   CRAFT v. LEWIS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–9357.   GARDNER v. MONTANA.   Sup. Ct. Mont.   Certiorari denied.

No. 03–9391.   RYKSCHROEFF v. YATES, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–9403.   SAVIOR v. MCGUIRE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 03–9434.   THAMES v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 03–9477.   SPERRY v. KANSAS.   Ct. App. Kan.   Certiorari denied.

No. 03–9484.   MORRIS v. MCCAUGHTRY, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 03–9536.   COLON v. CONNOLLY ET AL.   C. A. 1st Cir.   Certiorari denied.